UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21300-JB/Torres

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF RELATED ACTIONS

In compliance with the Court's Order [D.E. 33], Plaintiff hereby gives NOTICE of the following related actions pending in the Southern District of Florida: 24-CV-21263-MD; 24-CV-21265-DPG; 24-CV-21278-RKA, and 24-CV-60530-AHS.

The Defendants identified in Schedule A to this Action are all commonly infringing Plaintiff's "Cybertruck" mark, but the evidence collected did not show infringement of "Tesla" or Plaintiff's other marks. Evidence taken for three of the related cases (24-CV-21263, 24-CV-60530, and 24-CV-21278) demonstrated infringement of other intellectual property rights, predominantly the "Tesla" mark. The fourth related case (24-CV-21265) collects a particularly high volume of similar toy vehicles commonly sold on the AliExpress platform, which infringe a variety of Plaintiff's intellectual property rights.

Generally speaking, Plaintiff arrived at this division of schedules based *inter alia* on commonalities shared between the type of intellectual property infringed by each defendant, the platform each defendant is operating on, and/or the type of infringing product being sold.

Plaintiff's pre-suit investigation revealed 1,907 defendant accounts named in this Action or one of the related actions. Consistent with the principles of permissive joinder pursuant to Fed. R. Civ. P. 20, naming all defendants in a single-filed action would be overly burdensome on the resources of any one court in the District. Conversely, filing about 1,900 separate actions would be equally burdensome to all the courts in the District, and unnecessary at least at this early stage of the proceedings since many of the defendants share the above-identified similarities (and an unknown number of defendants are jointly owned or operated) making joinder under Rule 20 appropriate.

Date:   May 13, 2024

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450


By:   */s/ Arthur Robert Weaver*
      Arthur Robert Weaver
      Fla. Bar No. 92132
      Email: RWeaver@BrickellIP.com