UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:24-cv-21300

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

DanissiaPaperOfWorld (Defendant No. 147 on Schedule "A" to the Complaint),

Dekorx (Defendant No. 148 on Schedule "A" to the Complaint), and

ShadowCarVibes (Defendant No. 160 on Schedule "A" to the Complaint).

Date:   May 14, 2024               Respectfully submitted by,

                                                 ***s/ Javier Sobrado***
                                                 Attorney Email address: jsobrado@brickellip.com
                                                 THE BRICKELL IP GROUP, PLLC
                                                 1101 Brickell Avenue, South Tower, Suite 800
                                                 Miami FL, 33131
                                                 Telephone: (305) 728-8831
                                                 *Attorneys for Plaintiff*