UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:24-cv-21300

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

novedesignart (Defendant No. 158 on Schedule "A" to the Complaint),

Shaoge (Defendant No. 111 on Schedule "A" to the Complaint), and

Magatrade (Defendant No. 140 on Schedule "A" to the Complaint).

Date:  May 16, 2024                     Respectfully submitted by,

                                                          ***s/ Javier Sobrado***
                                                          Attorney Email address: jsobrado@brickellip.com
                                                          THE BRICKELL IP GROUP, PLLC
                                                          1101 Brickell Avenue, South Tower, Suite 800
                                                          Miami FL, 33131
                                                          Telephone: (305) 728-8831
                                                          *Attorneys for Plaintiff*