UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21300-JB

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal as to Certain Defendants Only, in which it voluntarily dismissed with prejudice all claims against the following Defendants:

(1) novedesignart (Defendant No. 158 on Schedule "A" to the Complaint);

(2) Shaoge (Defendant No. 111 on Schedule "A" to the Complaint);

(3) Magatrade (Defendant No. 140 on Schedule "A" to the Complaint)

(collectively, the "Dismissed Defendants"). ECF No. [39].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Dismissed Defendants are hereby **DISMISSED** from this case **WITH PREJUDICE**.  The

Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida, this 17th day of May, 2024.

_____
**JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE**