UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21300-JB

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER OF DISMISSAL AS TO DEFENDANT NO. 143

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal, in which it voluntarily dismissed with prejudice all claims against Defendant YaosaiTrade (Defendant No. 143 on Schedule "A" to the Complaint) (the "Dismissed Defendant"). ECF No. [42]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Dismissed Defendant is hereby **DISMISSED** from this case **WITH PREJUDICE**. The Clerk is directed to **TERMINATE** the Dismissed Defendant from this case.

**DONE AND ORDERED** in Miami, Florida, this 21st day of May, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE